**UNITED STATES DISTRICT COURT**              **EASTERN DISTRICT OF TEXAS**

JAIME CRUZ ROMERO,                          §
                                            §
              Movant,                       §
                                            §
*versus*                                    §    CIVIL ACTION NO. 1:18-CV-611
                                            §
UNITED STATES OF AMERICA,                   §
                                            §
              Respondent.                   §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Movant Jaime Cruz Romero, a federal prisoner, proceeding *pro se*, brought this motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing movant's motion to vacate, set aside or correct sentence without prejudice to allow movant to file an out-of-time appeal. Accordingly, the magistrate judge also recommends vacating and reentering the Final Judgment in *United States v. Jaime Cruz Romero*, Criminal Action No. 1:16cr13(3), as of the date of entry of the judgment in this proceeding.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** that the above-styled Motion to Vacate, Set Aside or Correct Sentence is **DISMISSED** without prejudice. It is further

**ORDERED** that the Final Judgment issued in *United States v. Jaime Cruz Romero*, Criminal Action No. 1:16cr13(3), is **VACATED** and the Clerk of Court shall re-enter the Final Judgment, as of the date of entry of the Final Judgment in this § 2255 proceeding.  When the Judgment is re-entered it will begin a new time period for filing an appeal under Fed. R. App. P. 4(b).  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 29th day of December, 2021.


MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

2